No. 67, Orig. IDAHO EX REL. ANDRUS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–1623. SLONE ET AL. *v.* DESKINS BRANCH COAL Co. ET AL. Appeal from D. C. E. D. Ky. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–93. TOWN OF SORRENTO MUNICIPAL DEMO-CRATIC EXECUTIVE COMMITTEE ET AL. *v.* REINE ET AL. Appeal from D. C. M. D. La. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–1288. ALFRED DUNHILL OF LONDON, INC. *v.* REPUBLIC OF CUBA ET AL. C. A. 2d Cir. [Restored to calendar, 422 U. S. 1005.] Motion of respondents for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Petitioner also allotted 15 additional minutes for oral argument.

No. 73–6935. YOUAKIM ET AL. *v.* MILLER, DIRECTOR, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 420 U. S. 970.] Motion of Youth Law Center for leave to file a brief as *amicus curiae* denied.

No. 74–362. INTERCOUNTY CONSTRUCTION CORP. ET AL. *v.* WALTER, DEPUTY COMMISSIONER, BUREAU OF EM-PLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL., 422 U. S. 1. Motion of respondent Jones et al. to tax costs denied.

No. 74–450. ADMINISTRATOR, FEDERAL AVIATION AD-MINISTRATION, ET AL. *v.* ROBERTSON ET AL., 422 U. S. 255. Motion of respondents to retax costs granted.